UNITED STATES of America,
Plaintiff–Appellee,

v.

Denise Corttessia ABDULLAH,
Defendant–Appellant.

No. 01–6295.

United States Court of Appeals,
Fourth Circuit.

Submitted April 20, 2001.

Decided May 22, 2001.

Denise Corttessia Abdullah, pro se. Andrea L. Smith, Office of the United States Attorney, Baltimore, MD, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Denise C. Abdullah appeals the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. *United States v. Abdullah,* Nos. CR–94–422 JFM; CA–00–2376–HNM (D.Md. Dec. 19, 2000). Additionally, we recently held in *United States v. Sanders,* 247 F.3d 139 (4th Cir.2001), that the new rule announced in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is not retroactively applicable to cases on collateral review. Further, Abdullah's § 2255 motion was untimely with respect to all three claims raised in her § 2255 motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion for appointment of counsel is denied. The motion to supplement the informal brief is granted.

*AFFIRMED.*